

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2021

No. 04-21-00201-CV

Francisco Javier **GARZA,** Jr.,
Appellant

v.

Fred Andrew **PULLEN,** and America Midwest Transportation LLC,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 18-12-17880-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellees' brief was originally due September 15, 2021. We granted appellees' first motion for extension of time, extending the deadline to October 6, 2021, and appellees' second motion, extending the deadline to October 13, 2021. On October 13, 2021, appellees filed a third motion, requesting an additional week. After consideration, we **GRANT** the motion and **ORDER** appellees to file the brief by **October 20, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court